236 So.2d 28

**LOUISIANA POWER & LIGHT COMPANY**

v.

**Robert W. ANDERSON.**

No. 50542.

June 8, 1970.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

236 So.2d 29

**CITY OF NEW ORLEANS**

v.

**James E. COMISKEY et al.**

No. 50546.

June 8, 1970.

Writ refused. The result is correct.